# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RIAN LLOYD WILSON,<br><br>Plaintiff,<br><br>v.<br><br>WEST VALLEY CITY et al.,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:20-CV-0028-CW<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Cecilia M. Romero |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Cecilia M. Romero under 28 U.S.C. § 636(b)(1)(B). On February 19, 2020, Judge Romero issued a Report and Recommendation, recommending that the court dismiss this action "as frivolous and for failing to state a claim upon which relief may be granted." Report & Recommendation, at 6 (ECF No. 4). Plaintiff filed no objection to the Report and Recommendation. Pursuant to § 1915(e) and for the reasons stated by Judge Romero, the court hereby APPROVES AND ADOPTS Judge Romero's Report and Recommendation in its entirety (ECF No. 6).

The court further DENIES AS MOOT, Plaintiff's Motion for Service of Process (ECF No. 3) and Motion to Appoint Counsel (ECF No. 4).

This case is dismissed.

SO ORDERED this 26th day of March, 2020.

BY THE COURT:

_____
Clark Waddoups
United States District Judge